Executors of L. J. Dupree *vs.* Dupree *et al.*

---

EXECUTORS OF L. J. DUPREE, plaintiffs in error, *vs.* LUCY Y. DUPREE *et al.*, defendants in error.

Probate of Will.   Oglethorpe county.   April, 1871.

McCAY, Judge, being brother-in-law of one of the executors, who was propounding the will in controversy, would not preside. Counsel for propounders moved to strike that executor's name from the record. Two Judges presiding said he could not do so.

He then moved to sever as to plaintiffs in error, and then

to decline to litigate as to that executor, citing 6 Georgia Reports, 210; 10th, 1, etc.    This was refused.

The cause was then argued before two Judges, but the judgment was postponed .till next term, LOCHRANE, Chief Justice, " not being able to give it attention."

LINTON STEPHENS; PEEPLES & STEWART; REED & MORTON, for propounders.

R. TOOMBS; J. D. MATTHEWS, for defendant.